IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HORATIO R. LEE, as Personal Representative of the Estate of Daisy R. Lee a/k/a Daisy Rudolph Lee, deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv913-MHT (WO) |
| ALABAMA CVS PHARMACY, L.L.C., | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's notice of dismissal (doc. no. 33) is treated as a motion to dismiss and said motion is granted.

    (2) Count 6 of the first amended complaint (doc. no. 1) is dismissed with prejudice.

    DONE, this the 13th day of July, 2015.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE